PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.        Valencia, Miguel        Docket No.        1:19CR02061-SAB-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda Leavitt,  PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Miguel Valencia, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 18th day of December 2019, under the following conditions:

**Special Condition #1:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Miguel Valencia  is alleged of being in violation of his conditions of pretrial release by being terminated from chemical dependency treatment at Merit Resources Services (Merit) on April 10, 2020.

On December 19, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Valencia.  He acknowledged an understanding of his conditions, which included special condition number 1.

On February 20, 2020, this officer attended (via telephone) a clinical staffing with Merit in Sunnyside, Washington, due to reports of the defendant having behavior issues while attending group.  After the staffing, the defendant signed a behavior contract with Merit and remained in treatment.  As a result, a No Action report was submitted to the Court (see ECF. 22).

On March 5, 2020, this officer received several calls from the defendant's counselor and the clinical supervisor of Merit regarding the defendant's continued disruptive behavior while in treatment.  This officer was informed the defendant was now going to be suspended from group and would be required to write a letter of apology to Merit staff and his group regarding his disrespectful behavior and present it upon his return to group on March 23, 2020.  This officer spoke with the defendant regarding his continued disregard for requirements and disrespect toward Merit staff.  The defendant apologized for his behavior and agreed to abide by the requirements Merit set forth in order for him to return to treatment.

On April  3, 2020, this officer received a voice mail from the defendant's counselor at Merit.  She advised the defendant was still not complying with treatment and requested a return call on Monday, April 6, 2020.  This same date, this officer received an incident report from Merit stating the defendant had failed to provide proof of self-help attendance, failed to attend treatment groups on April 1 and 2, 2020, he did not attend his scheduled individual session via telephone with his counselor on March 30 and 31, 2020, and he was showing unsatisfactory response to treatment.  It was noted, the defendant needed to schedule a clinical staffing appointment or his file would be closed.

This officer made contact with the defendant's counselor via telephone on April 6, 2020.  She stated the defendant has made "no progress" since the behavior contract dated February 20, 2020, and suspension dated March 5, 2020.  She advised the defendant did turn in his letter of apology, however, it was only three sentences long.  She also shared that Merit is now using the virtual online program,  Zoom, for their treatment groups due to COVID-19.  She stated she spoke with the defendant on March 22, 2020, and he advised he was going to download the program in order to attend his treatment groups,  however, he did not and has not been attending group.  She stated she called to follow up with the defendant and left a voice message on April 3, 2020, to which he did not respond.  She shared that the defendant will need to schedule a clinical staffing with the clinical supervisor as soon as possible.

PS-8
**Re: Valencia, Miguel**
**April 14, 2020**
**Page 2**

This officer made contact with the defendant for follow up.  The defendant stated his phone was shut off and he did not have access to a telephone in order to get Zoom set up on his phone or attend treatment.  He stated he left his counselor a voice message on Friday, April 3, 2020.  This officer directed the defendant to call and schedule an appointment with the clinical supervisor immediately.  The defendant called this officer back and advised his appointment was set for Thursday, April 9, 2020, at 4 p.m.

On April 9, 2020, at approximately 3:30 p.m., the defendant was detained  and taken to the  Prosser Police Department. The investigation regarding this matter and potential charges are still pending, however, he missed the clinical staffing appointment with Merit.  This officer made contact with the defendant regarding the above incident and directed him to reschedule with Merit.

On April10, 2020, this officer was contacted by the clinical supervisor at Merit who stated she had just spoken with the defendant and advised he is officially terminated from Merit.  The clinical supervisor stated the defendant can return to Merit after 30 days and would start his treatment program from the beginning.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed _____ April 14, 2020 _____ |
| by | s/Linda Leavitt |
|  | Linda Leavitt <br> U.S. Pretrial Services Officer |

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

M. K. Dimke

Signature of Judicial Officer
4/14/2020

Date