UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Valencia, Miguel | Docket No. | 1:19CR02061-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Linda Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Miguel Valencia, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 18th day of December 2019, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Miguel Valencia is alleged being in violation of his conditions of pretrial release by committing fourth degree assault domestic violence and third degree malicious mischief (incident number 20C10614) on June 25, 2020.

On December 19, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Valencia. He acknowledged an understanding of his conditions, which included standard condition number 1.

On June 25, 2020, this officer received an email from the arresting Sunnyside police officer, advising Mr. Valencia was arrested early this morning for assaulting his mother and brother. The Sunnyside police officer stated he also broke his mother's cell phone in the process. Mr. Valencia was booked into the Yakima County Jail pending charges of fourth degree assault domestic violence and third degree malicious mischief.

According to the two incident reports received from Yakima County Sheriff's Office and Sunnyside Police Department, Sunnyside police officers responded to a domestic call at Mr. Valencia's listed address of 1204 East Edison Avenue, Sunnyside, Washington. Officers spoke with Mr. Valencia's brother who advised he had called his mother to buy him some gas at Wheelers gas station in Mabton, Washington. The brother said that his mom and her friend showed up at the gas station where he was located and, following them from behind, was his brother (the defendant) in a separate vehicle. Both the brother and mother said that Mr. Valencia had pulled in and blocked the vehicle that his mother was driving. The brother said he was standing at the driver's side of the vehicle that his mother was driving talking to her while her friend went into Wheelers to pay for the gas. The brother reported that Mr. Valencia got out of his vehicle and came over to them and began striking him and ultimately ended up hitting his mother as well who was still seated in the vehicle. Sunnyside police officers reported they observed a reddened mark on the brother, starting from his chin going down his neck. Officers reported his mother had a large bump on the right side of her forehead. Officers photographed both injuries. Mr. Valencia's brother then said that his mother got out her cell phone to attempt to call 911. He stated that Mr. Valencia took the phone from his mother, got into his vehicle and threw the phone out of his vehicle as he left. The phone was a LG Tribute Dynasty his mother bought for $100 that they estimated to be worth $20 now. The screen to the phone was cracked but it still was operational.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed     June 25, 2020

by     s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

---

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other



Signature of Judicial Officer
6/25/2020

Date